# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**JOEVAL M. JONES,**

        **Petitioner,**

        v.                               Case No. 07-C-486

**RICHARD SCHNEITER,**
Warden,

        **Respondent.**

[x]   **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Jones' "Motion to Remand to the State Court to Exhaust Unexhausted and Additional Claims" is **denied.**

       **IT IS FURTHER ORDERED** that Jones' petition for a writ of habeas corpus is **DENIED** and the petition and this action is **DISMISSED**.

                                                        Jon W. Sanfilippo, Clerk of Court
                                                                EASTERN DISTRICT OF WISCONSIN

Date: December 10, 2007             (By) Deputy Clerk, s/C. Quinn

                                                Approved this 10th day of December, 2007.

                                                s/AARON E. GOODSTEIN
                                                United States Magistrate Judge